UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **M.S. RAU, LLC** | * | **CIVIL ACTION NUMBER: 2:22-cv-1142** |
| **VERSUS** | * | **SECTION: L (4)** |
| **JZ MODERN ART LTD, AND JEROME ZODO** | * | **JUDGE: BARBIER** |
| | * | **Magistrate Roby** |

## JUDGMENT

This matter came before the Court for hearing on May 30, 2023, and considering the *Motion for Entry of Default* **(Rec. Doc. 17)** filed by Plaintiff, M.S. Rau, LLC in the above-captioned matter, noting that the Clerk of Court's Entry of Default in the matter against the Defendants on April 21, 2023, and considering the pleadings, testimony, and exhibits presented,

**IT IS ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of M.S. Rau, LLC against JZ Modern Art, LTD and Jerome Zodo, jointly and severally, in the amount of US$365,067.00, plus all cost of these proceedings and judicial interest from the date of judicial demand.

Thus done and signed at new Orleans, Louisiana this 30th day of May, 2023.

_____
Carl J. Barbier
United States District Judge